## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Brite Bite Dental, PC

                             Plaintiff,

v.                                                    Case No.: 1:17–cv–05738
                                                             Honorable Virginia M. Kendall

Integrated Media Solutions, LLC, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 2, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 4/2/2018. Parties report they have finalized settlement. This case is dismissed without prejudice with leave to reinstate by 4/30/18. If a motion to reinstate is not filed by 4/30/18, the dismissal shall become final and will automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.